**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Juan Carlos HERNANDEZ–ROBLES,
also known as Carlos Robles, also
known as Carlos Robles–Hernandez,
also known as Juan Carlos Robles–
Hernandez, also known as Jean Car-
los Robles–Hernandez, also known as
Carlos Juan Hernandez Robles, also
known as Carlos Robles Hernandez,
also known as Juan Carlos Hernan-
dez, also known as Juan Hernandez–
Robles, Defendant–Appellant.**

**No. 13–20503
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2014.

Renata Ann Gowie, Assistant U.S. At-
torney, U.S. Attorney's Office, Houston,
TX, for Plaintiff–Appellee.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Juan Carlos Hernandez–Robles, Leavenworth, KS, pro se.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Carlos Hernandez–Robles has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Hernandez–Robles has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.